■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARDY ELIE, Appellant. [50 NYS3d 301]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Marrus, J.), imposed October 30, 2015, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (see People v Suitte, 90 AD2d 80 [1982]). Eng, P.J., Chambers, Maltese and Barros, JJ., concur.